1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  1:09-CV-00791-LJO-GSA
                                    )
12         Plaintiff,                )  **DEFAULT JUDGMENT AND FINAL**
                                    )  **JUDGMENT OF FORFEITURE**
13     v.                            )
                                    )
14 APPROXIMATELY $19,500.00 IN U.S. )
   CURRENCY,                        )
15                                  )
           Defendant.                )
16 _____ )

17         This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default

18 Judgment and Final Judgment of Forfeiture filed October 20, 2009.  The Magistrate Judge has

19 recommended that the United States' motion for default judgment be granted.  The time for objecting

20 to the Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default

21 Judgment of the Magistrate Judge have passed and no timely objections have been filed.  An Order

22 Adopting Findings and Recommendations was filed on December 11, 2009. Based on the Magistrate

23 Judge's Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default

24 Judgment, the Order Adopting Findings and Recommendations, and the files and records of the

25 Court, it is

26         ORDERED, ADJUDGED, AND DECREED:

27         1.      The Court adopts the Magistrate Judge's November 12, 2009 Findings and

28 Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment in full.

1        2.     Jesus Fletes and Ricardo Fletes are held in default.

2        3.     A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $19,500.00 in U.S. Currency of Jesus Fletes, Ricardo Fletes, and all other potential claimants who have not filed claims in this action.

       4.     A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $19,500.00 in U.S. Currency to the United States of America, to be disposed of according to law, including all right, title, and interest of Jesus Fletes and Ricardo Fletes.

       5.     All parties shall bear their own costs and attorneys' fees.

This Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:**    **December 15, 2009**         /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE